## IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## SMALL CLAIMS DIVISION

ROGELIO FARQUHARSON,

*Plaintiff,*

v.

NATIONAL CREDIT ADJUSTERS, LLC,

*Defendant.*

Case Number: _____

Division: _____

## COMPLAINT

COMES NOW the Plaintiff ROGELIO FARQUHARSON ("Mr. Farquharson"), by and through his attorneys, Seraph Legal, P.A., and complains of the Defendant, NATIONAL CREDIT ADJUSTERS, LLC ("NCA"), and states as follows:

### PRELIMINARY STATEMENT

1. This is an action brought by Mr. Farquharson against NCA for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, section 559.55, Florida Statutes, *et. seq.* ("FCCPA"), for damages less than $5,000.

### JURISDICTION AND VENUE

2. Jurisdiction arises under FDCPA, 15 U.S.C. § 1692k(d), the FCCPA, section 559.77(1), Florida Statutes, and section 34.01, Florida Statutes.

3. The Defendant is subject to the provisions of the FDCPA, and the FCCPA, and is subject to the jurisdiction of this Court pursuant to section 48.193, Florida Statutes.

4. Venue is proper in Hillsborough County because the acts complained of were committed and / or caused by Defendant within the County.

## PARTIES

5. Mr. Farquharson is a natural person residing in Hillsborough County, Florida, and is a "consumer" as defined by 15 U.S.C. § 1692a(3) and section 559.55(2), Florida Statutes.

6. NCA is a Kansas limited liability company, with a primary business address of 327 West 4th St, Hutchinson, KS 67501.

7. The Florida Registered Agent for NCA is **Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

8. NCA is a "Debt Collector" within the meaning of 15 U.S.C. § 1692a(6) and section 559.55(6), Florida Statutes, in that it sought to collect an amount originally due to another party.

## FACTUAL ALLEGATIONS

9. In or around January 2014, Mr. Farquharson received two collection letters from NCA regarding debts originally alleged due to EastSide Lenders, an internet-based payday loan company.

10. The first letter from NCA alleged that Mr. Farquharson owed $1,275 under account number 45586448, and the second letter alleged $275 owed under account number 45180764. **SEE PLAINTIFF'S COMPOSITE EXHIBIT A.**

11. Both letters state that NCA had purchased the accounts from EastSide and that NCA was now collecting on the alleged past-due amounts. **SEE PLAINTIFF'S COMPOSITE EXHIBIT A.**

12. EastSide Lenders is an Internet payday lender not registered with the Florida Office of Financial Regulation as a consumer finance company, nor registered with the Secretary of State as an out-of-state corporation transacting business in Florida.

13. Payday loans issued by entities not registered with the Florida Office of Financial Regulation violate section 560.403, Florida Statutes, *et seq*.

14. Thus, Mr. Farquharson disputes that the alleged debts are enforceable. **SEE PLAINTIFF'S EXHIBIT B.**

15. These alleged debts arose from services which were for family, personal, or household purposes and meets the definition of "debt" within the meaning of 15 U.S.C. § 1692a(5) and section 559.55(1), Florida Statutes.

16. On or about January 28, 2014, Mr. Farquharson called NCA at the number listed on the collection letter: (866) 927-9508.

17. The automated message that greeted Mr. Farquharson, and all other consumers calling this number, is as follows: "Thank you for calling. Para Español, oprima tres. In the event you have recently been served a court summons in regards to a lawsuit from this office, please ask to speak to someone in the legal outsourcing department. This call may be monitored or recorded for quality and assurance purposes. If you know your NCA reference number, please press one. If you know your party's extension, please dial it now."

18. Although framed as a consumer advisory, NCA's automated message, on its toll-free number, prominently refers to legal action at the very beginning of the recording.

19. Reference to legal action at the start of the call would cause an unsophisticated consumer to believe that a lawsuit or other legal action could be a consequence of non-payment of any debt.

20. Mr. Farquharson then spoke with an NCA collections agent.

21. The agent stated that NCA had only purchased one account from EastSide relating to Mr. Farquharson.

22. The NCA agent further stated that the amount was borrowed in November 2010, and that Mr. Farquharson took out the loan while working at Lakeshore Villas ("Lakeshore"), a retirement community.

23. Mr. Farquharson stated he left Lakeshore in 2006 and disputed he owed the debt claimed by NCA.

24. The NCA agent yelled at Mr. Farquharson that he should "get a fraud report" and insinuated that it was Mr. Farquharson's responsibility to prove he didn't owe the alleged debt.

25. On or about January 30, 2014, NCA mailed two additional letters to Mr. Farquharson, again attempting to collect two debts, one in the amount of $1,275 and one in the amount of $275. **SEE PLAINTIFF'S COMPOSITE EXHIBIT C.**

26. Like the aforementioned December 31, 2013 letters, the January 30, 2014 letters are false, deceptive and misleading because they imply that Mr. Farquharson had two accounts originally due to EastSide Lenders, when in fact, NCA itself alleged only one account existed.

27. The letters sent January 30, 2014 were sent after Mr. Farquharson phoned NCA and informed them that he had received two different letters alleging two different debts.

28. The Defendant's letters and the phone conversation were "communications" as defined by 15 U.S.C. § 1692a(2) and section 559.55(5), Florida Statutes.

29. Mr. Farquharson has hired the aforementioned law firm to represent him in this matter and is obligated to pay its reasonable fees.

## COUNT I
## VIOLATIONS OF THE FDCPA- 15 U.S.C. § 1692, et. seq.

30. Mr. Farquharson adopts and incorporates the above-numbered paragraphs 1 - 29 as if fully stated herein.

31. NCA's conduct violated **15 U.S.C. § 1692d** in that NCA engaged in behavior the natural consequence of which was to harass, oppress, or abuse Mr. Farquharson in connection with the collection of a debt.

32. NCA's conduct violated **15 U.S.C. § 1692e(2)(a)** in that NCA twice represented two accounts were delinquent to EastSide Lenders, when, in fact, it only had one account placed for collection.

33. NCA's conduct violated **15 U.S.C. § 1692e(8)** in that NCA communicated credit information known to be false, when it sent notices about two different alleged debts for two different amounts, even though NCA only had one debt on file for collection.

34. NCA's conduct violated **15 U.S.C. § 1692e(10)** in that NCA used deceptive means in connection the with collection of a debt when they made false statements, or implied false information to Mr. Farquharson, including, but not limited to, its automated greeting on its toll-free number implying legal action for non-payment of a debt; and sending letters alleging multiple debts when in fact NCA had only one debt placed for collection.

35. NCA's conduct violated **15 U.S.C. § 1692d(2)** in that NCA used language the natural consequence of which is to abuse the hearer, when its collector yelled at Mr. Farquharson that it was his responsibility to prove he didn't owe the debt and to "GET A FRAUD REPORT!'

36. NCA's conduct violated **15 U.S.C. § 1692e(5)** in that it threatened to take action that could not legally be taken, including threatening, vis-à-vis the automated message greeting callers to NCA's toll-free number, that legal action could be taken in the event of non-payment.

37. The Defendant's conduct renders it liable for the above-stated violations of the FDCPA, and Mr. Farquharson is thereby entitled to statutory damages not to exceed $1,000, plus his reasonable attorney fees and costs.

**WHEREFORE**, Mr. Farquharson respectfully requests this Honorable Court enter judgment against the Defendant for:

a. Statutory damages of **$1,000.00**, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3); and

c. Such other relief that this Court deems just and proper.

## COUNT II
## VIOLATIONS OF THE FCCPA- section 559.55, Florida Statutes, et. seq.

38. Mr. Farquharson adopts and incorporates the above-numbered paragraphs 1 - 29 as if fully stated herein.

39. NCA's conduct violated section **559.72(8)**, Florida Statutes, in that NCA, in an attempt to collect a debt, yelled at Mr. Farquharson and told him it was his responsibility to prove a disputed debt was not his. NCA's statements were intentional and designed to be abusive to Mr. Farquharson.

40. NCA conduct violated section **559.72(9)**, Florida Statutes, in that it attempted to enforce a debt against Mr. Farquharson that they knew was not legitimate with respect to him. NCA stated it knew it had only one account placed for collection, yet twice mailed Mr. Farquharson two letters – each alleging separate debts.

41. By its conduct, the Defendant is liable for the above-stated violations of the FCCPA, and Mr. Farquharson is thereby entitled to statutory damages not to exceed $1,000, plus costs and attorneys' fees.

42. Defendant is liable to Mr. Farquharson for punitive damages based upon the Defendant's willful and intentional violations of the FCCPA.

**WHEREFORE,** Mr. Farquharson respectfully requests this Honorable Court enter judgment against the Defendant for:

a. Statutory damages of **$1,000.00** pursuant to section 559.77(2), Florida Statutes;

b. Reasonable costs and attorneys' fees pursuant to pursuant to section 559.77(2), Florida Statutes; and

c. Such other relief that this Court deems just and proper.

Respectfully submitted this 25th day of July, 2014, by:

/s/ Christina M. Cowart
Christina Cowart
Florida Bar # 27644
Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
ccowart@seraphlegal.com
Attorney for Rogelio Farquharson

Department 835
PO BOX 4115
CONCORD CA 94524

December 31, 2013

PERSONAL AND CONFIDENTIAL
Address Service Requested

#BWNFTZF #NCA1195796013127#

ROGELIO FARQUHARSON

**National Credit Adjusters**

PO Box 3023 - 327 W 4th St.
Hutchinson, KS 67504-3023
Toll Free: 1-866-927-9508
Fax: 620-664-5947
www.ncaks.com

*Went From*

Original Creditor:   EastSide Lenders
Account Number:     45586448
NCA Reference Number: 10392764
Current Balance:    $1275.00

This letter is to inform you that National Credit Adjusters, LLC (NCA) has purchased the above referenced account. NCA is not collecting for EastSide Lenders. NCA now owns the account you created with EastSide Lenders.

When you were granted credit from EastSide Lenders, you signed a contract and agreed to the terms and conditions. As the legal owner of your account, NCA has assumed all of the rights granted to the original creditor. All obligations you agreed to and incurred with EastSide Lenders are now owed to NCA.

If you do not dispute this balance due, and if you are unable to mail in the balance in full, please contact our office toll free at 1-866-927-9508 to speak with an NCA Account Manager about options to resolve this debt.

If you wish to resolve this account without speaking to an NCA Account Manager, please go online to www.ncakspayments.com and enter your NCA Reference Number (10392764) along with your five digit zip code printed on this letter. This online service is available 24 hours a day.

As of the date of this letter, you owe $1275.00. For further information, contact NCA at the above address or call 1-866-927-9508.

Once the account referenced in this letter is paid in full or settled in full, you may request a receipt to be mailed to you.

Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will assume this debt is valid. If you notify this office in writing within thirty days after receiving this notice that the debt or any portion of it is disputed, this office will obtain and mail you a copy of the verification of debt or a copy of the judgment against you. If requested by you in writing within thirty days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

All future payments and correspondence should be addressed to NCA.

This communication is from a debt collector attempting to collect a debt; all information obtained will be used for that purpose.

National Credit Adjusters
1-866-927-9508 Toll Free

Florida Consumers: Collection efforts will not commence for 30 days.

---

**REMIT COUPON**

---

NCA REF.# 10392764
ROGELIO FARQUHARSON

NATIONAL CREDIT ADJUSTERS
PO Box 3023
Hutchinson, KS 67504-3023

NCALT100-1229-420520304 3910

**COMPOSITE EXHIBIT A**

327 W. 4th St.
P.O. Box 3023
Hutchinson, KS 67504-0550
1-866-927-9508

### IMPORTANT NOTICE ABOUT YOUR PRIVACY

In protecting your personal and financial data, we collect non-public personal data and information from the following sources:

- Information we receive from you on applications or other forms you have provided.

- Information about your transactions with us or our affiliates.

- Information about your transactions with non affiliated third parties (i.e. banks, payment services or postal and delivery services).

- Information from Consumer Reporting Agencies.

Your non-public personal information is restricted to those employees who have a need to know that information in order to provide services to you. As required, we maintain procedural safeguards pertaining to your personal information.

As permitted by law, we may share all of this information with our affiliates as well as third parties who perform services on our behalf or with whom we have a joint marketing agreement or who assist in maintaining your account. You may direct us not to disclose non-public personal information with our affiliates or other third parties by contacting us by letter or phone.

**National Credit Adjusters, LLC.**

Department 835
PO BOX 4115
CONCORD CA 94524

December 31, 2013

PERSONAL AND CONFIDENTIAL
Address Service Requested

#BWNFTZF #NCA1170221913126#

ROGELIO FARQUHARSON

**National Credit Adjusters**

PO Box 3023 - 327 W 4th St.
Hutchinson, KS 67504-3023
Toll Free: 1-866-927-9506
Fax: 620-664-5947
www.ncaks.com

Original Creditor:        EastSide Lenders
Account Number:           45180764
NCA Reference Number:     10342752
Current Balance:          $275.00

This letter is to inform you that National Credit Adjusters, LLC (NCA) has purchased the above referenced account. NCA is not collecting for EastSide Lenders. NCA now owns the account you created with EastSide Lenders.

When you were granted credit from EastSide Lenders, you signed a contract and agreed to the terms and conditions. As the legal owner of your account, NCA has assumed all of the rights granted to the original creditor. All obligations you agreed to and incurred with EastSide Lenders are now owed to NCA.

If you do not dispute this balance due, and if you are unable to mail in the balance in full, please contact our office toll free at 1-866-927-9506 to speak with an NCA Account Manager about options to resolve this debt.

If you wish to resolve this account without speaking to an NCA Account Manager, please go online to www.ncakapayments.com and enter your NCA Reference Number (10342752) along with your five digit zip code printed on this letter. This online service is available 24 hours a day.

As of the date of this letter, you owe $275.00. For further information, contact NCA at the above address or call 1-866-927-9506.

Once the account referenced in this letter is paid in full or settled in full, you may request a receipt to be mailed to you.

Unless you notify this office within thirty days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will assume this debt is valid. If you notify this office in writing within thirty days after receiving this notice that the debt or any portion of it is disputed, this office will obtain and mail you a copy of the verification of debt or a copy of the judgment against you. If requested by you in writing within thirty days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

All future payments and correspondence should be addressed to NCA.

This communication is from a debt collector attempting to collect a debt; all information obtained will be used for that purpose.

National Credit Adjusters
1-866-927-9506  Toll Free

Florida Consumers: Collection efforts will not commence for 30 days.

---

**REMIT COUPON**

---

NCA REF.# 10342752
ROGELIO FARQUHARSON

NATIONAL CREDIT ADJUSTERS
PO Box 3023
Hutchinson, KS 67504-3023

327 W. 4th St.
P.O. Box 3023
Hutchinson, KS 67504-0550
1-866-927-9508

## IMPORTANT NOTICE ABOUT YOUR PRIVACY

In protecting your personal and financial data, we collect non-public personal data and information from the following sources:

- Information we receive from you on applications or other forms you have provided.

- Information about your transactions with us or our affiliates.

- Information about your transactions with non affiliated third parties (i.e. banks, payment services or postal and delivery services).

- Information from Consumer Reporting Agencies.

Your non-public personal information is restricted to those employees who have a need to know that information in order to provide services to you. As required, we maintain procedural safeguards pertaining to your personal information.

As permitted by law, we may share all of this information with our affiliates as well as third parties who perform services on our behalf or with whom we have a joint marketing agreement or who assist in maintaining your account. You may direct us not to disclose non-public personal information with our affiliates or other third parties by contacting us by letter or phone.

**National Credit Adjusters, LLC.**

3/25/2014                                                Florida Office of Financial Regulation

# FLORIDA OFFICE of FINANCIAL REGULATION



...rt, Efficient and Effective Regula...

Home   About OFR   Apply for a License   Verify a License   File a Complaint   News   Research Resources

## PUBLIC LICENSE SEARCH

The OFR public license search contains information about businesses and individuals regulated by the Office of Financial Regulation, excluding pending applications.
To search for an individual, you must enter at least the individual's last name or the individual's license number, and then select the Search button.
To search for a business, you must enter the business name or the license number, and then select the Search button.
If your search returns multiple results, click on the hyperlink on the license number and the license details will be displayed.
NOTICE REGARDING VERIFYING MORTGAGE INDUSTRY LICENSES: Individuals, Companies, and Branch Offices that hold an ACTIVE license as reflected on this website regardless of the license expiration date may continue operating on or after January 1, 2011.

| | | | |
|---|---|---|---|
| First Name: | | Last Name: | |
| Business Name: | EastSide Lenders | | |

| | | | |
|---|---|---|---|
| License Number: | | License Type: | |
| Status: | | | |

| | | | |
|---|---|---|---|
| City: | | State: | |

[Search]  [Reset]

0 Records Found

Accessibility                    Contact Us                                Site Map
                                 (850) 487-9687



EXHIBIT B

Department 835
PO BOX 4115
CONCORD CA 94524

January 30, 2014

Address Service Requested

#BWNFTZF #NCA49305158140184#

ROGELIO FARQUHARSON


**National Credit Adjusters**

PO Box 3023 - 327 W 4th St.
Hutchinson, KS 67504-3023
Toll Free: 1-866-247-6999
Fax: 620-664-5947
www.ncaks.com

NATIONAL CREDIT ADJUSTERS
PO Box 3023
Hutchinson, KS 67504-3023

Original Creditor:      EastSide Lenders
Current Balance:        $1,275.00
NCA Reference:          10392764

## TAX TIME SPECIAL SETTLEMENT OFFER
## $637.50

National Credit Adjusters, LLC (NCA) is offering you 50% off the current balance on the above referenced account.

To take advantage of this offer, please contact an NCA Account Manager today at 1-866-247-6999 for more information. If you are waiting on a tax return, call NCA at 1-866-247-6999 prior to 02/28/2014 for an extension. After 02/28/2014, this offer becomes null and void, and NCA is not obligated to renew this offer.

If you wish to resolve this account without speaking to an NCA Account Manager, please go online www.ncakspayments.com and enter your NCA Reference Number 10392764 along with your five digit zip code printed on this letter. This online service is available 24 hours a day.

Once the account referenced in this letter is paid in full or settled in full, you may request a receipt to be mailed to you.

If you have secured prior arrangements with NCA before receipt of this letter, and the arrangements are still active, this offer is null and void.

This communication is from a debt collector attempting to collect a debt; all information obtained will be used for that purpose.

Sincerely,

National Credit Adjusters
1-866-247-6999

COMPOSITE EXHIBIT C

NCATT663-0129-439080265 3184

Department 635
PO BOX 4115
CONCORD CA 94524

January 30, 2014

 **National Credit Adjusters**

PO Box 3023 - 327 W 4th St.
Hutchinson, KS 67504-3023
Toll Free: 1-866-247-6999
Fax: 620-664-5947
www.ncaks.com

Address Service Requested

#BWNFTZF #NCA49283794140016#

ROGELIO FARQUHARSON

NATIONAL CREDIT ADJUSTERS
PO Box 3023
Hutchinson, KS 67504-3023

Original Creditor:   EastSide Lenders
Current Balance:     $275.00
NCA Reference:       10342752

# TAX TIME SPECIAL SETTLEMENT OFFER
## $137.50

National Credit Adjusters, LLC (NCA) is offering you 50% off the current balance on the above referenced account.

To take advantage of this offer, please contact an NCA Account Manager today at 1-866-247-6999 for more information. If you are waiting on a tax return, call NCA at 1-866-247-6999 prior to 02/28/2014 for an extension. After 02/28/2014, this offer becomes null and void, and NCA is not obligated to renew this offer.

If you wish to resolve this account without speaking to an NCA Account Manager, please go online www.ncakspayments.com and enter your NCA Reference Number 10342752 along with your five digit zip code printed on this letter. This online service is available 24 hours a day.

Once the account referenced in this letter is paid in full or settled in full, you may request a receipt to be mailed to you.

If you have secured prior arrangements with NCA before receipt of this letter, and the arrangements are still active, this offer is null and void.

This communication is from a debt collector attempting to collect a debt; all information obtained will be used for that purpose.

Sincerely,

National Credit Adjusters
1-866-247-6999

NCATT882-Q129-439086264 3185