**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO: 8:14-cv-02102-SDM-MAP**

**ROGELIO FARQUHARSON,**

    **Plaintiff,**

vs.

**NATIONAL CREDIT ADJUSTERS, LLC,**

    **Defendant.**
_____/

**DEFENDANT's CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   Christina M. Cowart, Esq.
   SERAPH LEGAL, P.A.
   2002 E. 5th Avenue, Suite 104
   Tampa, Florida 3305
   Phone: (813) 567-1230
   Fax: (855) 500-7050
   CCowart@SeraphLegal.com

   NATIONAL CREDIT ADJUSTERS, LLC
   Counsel for Defendant:
   **GOLDEN SCAZ GAGAIN, PLLC**
   Sangeeta Spengler Esquire
   201 North Armenia Avenue
   Tampa, FL 33609
   Phone: (813) 251-5500
   Fax: (813) 251-3675
   Email: spspengler@gsgfirm.com

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:
   *None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

   *None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Rogelio Farquarson

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 29, 2014

Respectfully submitted by:

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675
spspengler@gsgfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864