# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ROGELIO FARQUHARSON**,

                                     Case Number: **8:14-cv-02102**

     Plaintiff,

    v.

**NATIONAL CREDIT ADJUSTERS, LLC**,

     Defendant.

_____/

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO STRIKE DEFENDANT'S BONA FIDE ERROR DEFENSE

PLEASE TAKE NOTICE that the Plaintiff hereby withdraws his Motion to Strike Defendant's

Bona Fide Error Defense.

Dated October 17, 2014

                                    Respectfully submitted,

                                    /s/ Christina M. Cowart
                                    Christina Cowart
                                    Florida Bar # 27644
                                    Seraph Legal, P.A.
                                    2002 E. 5th Avenue, Suite 104
                                    Tampa, FL 33605
                                    (813) 567-1230
                                    ccowart@seraphlegal.com
                                    Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including Sangeeta Spengler, Esq., Golden, Scaz, Gagain, PLLC, at SPSpengler@gsgfirm.com.

                                    /s/ Christina M. Cowart
                                    Christina M. Cowart
                                    Florida Bar # 27644