UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGELIO FARQUHARSON,

    Plaintiff,

v.                                      CASE NO.: 8:14-cv-2102-T-23MAP

NATIONAL CREDIT ADJUSTERS,
LLC,

    Defendant.
_____/

**ORDER**

The plaintiff announces (Doc. 14) "that the parties have reached a verbal settlement." Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on November 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE